**INTERNATIONAL LADIES' GARMENT WORKERS' UNION, AFL–CIO, et al.,
Plaintiffs-Appellants,**

v.

**Joseph SURECK, et al.,
Defendants-Appellees.**

Nos. 80–5035, 80–5054, 80–5152
and 80–5153.

United States Court of Appeals,
Ninth Circuit.

July 5, 1984.

Henry R. Fenton, Levy & Goldman, Los Angeles, Cal., Michael Kantor, Manatt, Phelps, Rothenberg & Tunney, Los Angeles, Cal., for plaintiffs-appellants.

---

* Francis C. Whelan, United States District Court for the Central District of California, sitting by designation.

Lawrence B. Gotlieb, Molly Munger, Asst. U.S. Attys., Los Angeles, Cal., for defendants-appellees.

Before ANDERSON and NORRIS, Circuit Judges, and MUECKE, District Judge.*

## ORDER

By its decision of April 17, 1984, the Supreme Court of the United States, in *Immigration and Naturalization Service, et al., v. Delgado, et al.,* — U.S. —, 104 S.Ct. 1758, 80 L.Ed.2d 247, reversed the decision of this court reported at 681 F.2d 624. Accordingly, we vacate our decision and remand to the district court for proceedings not inconsistent with the decision of the United States Supreme Court.

IT IS SO ORDERED.